**STATE of Missouri, Respondent,**

v.

**Charles DAILEY, Appellant.**

**No. ED 82775.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Dec. 21, 2004.

S. Paige Canfield, St. Louis, MO, for appellant.

Deborah Daniels, Daniel McPherson, Dora Fichter, (co-counsels), Jefferson City, MO, for respondent.

Before GEORGE W. DRAPER III, C.J., CLIFFORD H. AHRENS, J. and GLENN A. NORTON, J.

## 2

### ORDER

PER CURIAM.

Charles Dailey appeals the judgment entered on his convictions for murder in the first degree and armed criminal action.

We have reviewed the parties' briefs and the record on appeal and find no error. No jurisprudential purpose would be served by a written opinion. The parties have, however, been provided a memorandum setting forth the reasons for our decision in accordance with our local Rule 405. The judgment is affirmed under Rule 30.25(b).